# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
APR 18 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

United States of America )
vs. ) Case No. 1:13CR00077 LJO/SKO-004
Fernando Rubalcava )
)
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Fernando Rubalcava___, have discussed with ___Francisco J. Guerrero___, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the home detention component of the Location Monitoring Program with electronic monitoring or other location verification system is modified from the home detention component to the curfew component of the Location Monitoring Program. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4-8-14   _____  April 8, 2014
Signature of Defendant    Date     Pretrial Services Officer Services  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                        4/18/14
Signature of Assistant United States Attorney  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                        4-11-14
Signature of Defense Counsel                   Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___4/18/14___
☐ The above modification of conditions of release is *not* ordered.

_____                        4/18/14
Signature of Judicial Officer                  Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services