BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CR-00077-LJO-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| FERNANDO RUBALCAVA, and ROGELIO GONSALES RUBALCAVA, | |
| Defendants. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendants Fernando Rubalcava and Rogelio Gonsales Rubalcava, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

  1. Pursuant to 21 U.S.C. Section 853(a), defendants Fernando Rubalcava and Rogelio Gonsales Rubalcava's interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. 2007 Jeep Grand Cherokee SRT, VIN: 1JH8R783X7C555314.

  2. The above-listed property constitutes or is derived from any proceeds obtained, directly or indirectly, and is property used, intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. Sections 846 and 841(a)(1).

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize

the above-listed property. The aforementioned property shall be seized and held by the United States Marshal Service, in its secure custody and control.

    4.    a.    Pursuant to 21 U.S.C. Section 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

        b.    This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier. 21 U.S.C. § 853(n)(2).

    5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. Section 853(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **December 10, 2014**        /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE