CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Phone: 559-679-4999
carl.faller@fallerdefense,com

Attorney for Defendant
FERNANDO RUBALCAVA

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FERNANDO RUBALCAVA,<br><br>　　　　　Defendant. | ) Case No.:  1:13-cr-0077 LJO SKO<br>)<br>) STIPULATION TO CONTINUE<br>) SENTENCING<br>)<br>) Date:  February 9, 2015<br>) Time:  8:30 am<br>) Honorable Lawrence J. O'Neill<br>) |

　　　This matter is currently set for sentencing on February 9, 201, at 8:30 am.  The parties have agreed and stipulated that the sentencing hearing be continued to Friday, April 10, 2015, at 12:00 pm.  The reason for the continuance is to allow defense counsel to obtain the records of defendant's prior convictions to address issues concerning his criminal history.  Certain of these convictions were not known prior to the draft presentence report, and their validity will have a significant impact on the defendant's sentencing.

Dated:  January 22, 2015　　　　　　　　　　　/s/ Carl M. Faller
　　　　　　　　　　　　　　　　　　　　　　　CARL M. FALLER
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　Fernando Rubalcava

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: January 22, 2015 |   |
|   | /s/<u>Kimberly A. Sanchez</u><br>KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney<br>Attorney for United States of America |

ORDER:

    The sentencing hearing in this matter is continued from February 9, 2015 at 8:30 am., to Friday, April 10, 2015 at 12:00 pm.

IT IS SO ORDERED.

    Dated:   <u>**January 22, 2015**</u>        <u>/s/ Lawrence J. O'Neill</u>
                                                             UNITED STATES DISTRICT JUDGE