CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Phone: 559-679-4999
carl.faller@fallerdefense,com

Attorney for Defendant
FERNANDO RUBALCAVA

# IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>FERNANDO RUBALCAVA,<br><br>          Defendant. | Case No.:  1:13-cr-0077 LJO SKO<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>Date:  April 10, 2015<br>Time:  12:00 pm<br>Honorable Lawrence J. O'Neill |

   This matter is currently set for sentencing on April 10, 2015, at 12:00 pm.  The parties have agreed and stipulated that the sentencing hearing be continued to June 22, 2015, at 8:30 am.

   The reason for the continuance is that the defendant's criminal history calculation is significantly effected by cases in which he entered pleas of guilty Tulare County.  Counsel has obtained the court minutes of the proceedings, and it appears that the cases involved uncounseled guilty pleas to misdemeanor offenses without written plea forms.  It is therefore necessary for counsel to obtain transcripts of the proceedings to determine if the pleas were constitutionally valid.  The length of the continuance is necessary not only to allow receipt and analysis of the transcripts, but it is also due to counsel being in trial, beginning on April 7, 2015, in the case of United States v. Shawn McCormack, 1:11-cr-00324, a trial that is expected to take approximately two weeks.  In addition, counsel has several other sentencing matters set on the proposed date.

Dated: March 20, 2015

    /s/ <u>Carl M. Faller</u>
   CARL M. FALLER
   Attorney for Defendant
   Fernando Rubalcava

BENJAMIN B. WAGNER
United States Attorney

Dated: March 20, 2015

   /s/<u>Kimberly A. Sanchez</u>
   KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
   Attorney for United States of America

ORDER

IT IS HEREBY ORDERED that the sentencing hearing in this matter be continued from April 10, 2015 at 12:00 pm., to June 22, 2015 at 8:30 am.

IT IS SO ORDERED.

Dated: **March 20, 2015**     /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE