CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Phone: 559-679-4999
carl.faller@fallerdefense,com

Attorney for Defendant
FERNANDO RUBALCAVA

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>FERNANDO RUBALCAVA,<br><br>         Defendant. | Case No.:  1:13-cr-0077 LJO SKO<br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER<br><br>Date:  June 22, 2015<br>Time:  10:00 am<br>Honorable Lawrence J. O'Neill |

  This matter is currently set for sentencing on June 22, 2015, at 8:30 am.  The parties have agreed and stipulated that the sentencing hearing be continued to September 14, 2015, at 8:30 am.

  The reason for the continuance is that research and investigation has developed information that indicates that the defendant may not be eligible for treatment under the "Safety Valve" provision of the Sentencing Guidelines, contrary to the belief of the parties at the time of the defendant's plea.  However, if the defendant is subject to the mandatory minimum sentence, that could very well result in a significant sentencing disparity between this defendant and others in the conspiracy which are more culpable than he.  The time requested will allow counsel for the government and the defense to further investigate and research this matter to determine how best to have the case proceed in a manner that will result in a sentence that corresponds to the defendant's role in the offense and his prior history.

Part of the reason for the length of the continuance is that defense counsel has family medical matters that will occur in July and August.

Dated:  June 2, 2015                                         /s/ Carl M. Faller
                                                              CARL M. FALLER
                                                              Attorney for Defendant
                                                              Fernando Rubalcava

                                                              BENJAMIN B. WAGNER
                                                              United States Attorney

Dated:  June 2, 2015
                                                              /s/Kimberly A. Sanchez
                                                              KIMBERLY A. SANCHEZ
                                                              Assistant U.S. Attorney
                                                              Attorney for United States of America


ORDER:

IT IS HEREBY ORDERED that the sentencing hearing in this matter be continued from June 22, 2015 at 8:30 am., to September 14, 2015 at 8:30 am.

IT IS SO ORDERED.

   Dated:   **June 3, 2015**                       /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28