CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Tel:  559-679-4999
carl.faller@fallerdefense,com

Attorney for Defendant
FERNANDO RUBALCAVA

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-cr-00077 LJO |
| Plaintiff, | REQUEST FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE AND ORDER |
| vs. | |
| FERNANDO RUBALCAVA, | |
| Defendant. | |

On June 28, 2013, a deed of trust was filed with the court to secure the release of the above-named defendant as follows:

Owner of Record and Trustor:  Rogelio Rubalcava

Deed of Trust No.: 2013-0029611, Docket number 71

Amount Secured:  $65,000

The case has concluded as to this defendant and he surrendered on January 11, 2016, to begin serving his sentence as ordered by the court.

Based on the above, the defendant requests this court to enter an order providing for the exoneration of the property bond and the reconveyance of the Deed of Trust described above.

Dated:  May 10, 2016                              Respectfully submitted,


                                                  /s/ Carl M. Faller
                                                  CARL M. FALLER
                                                  Attorney for Defendant


                                                  ORDER

It is hereby ORDERED that the property bond described above is hereby exonerated, and Deed of Trust described above, Document No. 71, in the record of this case, be reconveyed since the case has concluded as to this defendant and he has surrendered to serve his sentence as ordered by the court.

IT IS SO ORDERED.

   Dated:   **May 13, 2016**                      **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES CHIEF DISTRICT JUDGE