| | |
|---|---|
| 1 | Carolyn D. Phillips #103045 |
| | Attorney at Law |
| 2 | P.O. Box 5622 |
| | Fresno, California  93755-5622 |
| 3 | 559/248-9833 |
| 4 | Attorney for FERNANDO RUBALCAVA |

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 1:13-cr-0077-LJO-BAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE** |
| | ) | **STATUS HEARING** |
| vs. | ) | |
| | ) | Date:  July 1, 2019 |
| FERNANDO RUBALCAVA, | ) | Time:  2:00 p.m. |
| | ) | Judge Erica P. Grosjean |
| Defendant. | ) | |

Each party by and through their respective counsel stipulate and agree to continue the status hearing currently set for June 17, 2019, at 2:00 p.m., to <u>July 1, 2019, at 1:00 p.m.</u>, for further negotiations and defense preparation.

SO STIPULATED.

*Stipulation to and Proposed Order To Continue Status Hearing*
*United States v. Rubalcava, Case No. 1:13-cr-0077*                                                                 1

Dated: June 13, 2019

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
FERNANDO RUBALCAVA

Dated: June 13, 2019                McGREGOR W. SCOTT
United States Attorney

By: /s/ Kimberly Sanchez
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

## ORDER

**IT IS SO ORDERED.** The status hearing currently set for June 17, 2019 shall be continued to **July 1, 2019 at 2:00 p.m.** before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated: **June 13, 2019**                /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE