IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FERNANDO RUBALCAVA,<br><br>    Defendant. | Case No.: 1:13-CR-00077-004 LJO<br><br>ORDER OF RELEASE |

A sentencing hearing regarding violation of supervised release was held August 5, 2019. The defendant has been accepted to Teen Challenge, an inpatient facility located in Reedley, California. The defendant shall be released with the same previously ordered conditions of supervised release issued on October 13, 2015. The defendant shall comply with the additional conditions of supervision as follows:

1. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 365 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary.

///

///

///

///

| | |
|---|---|
| 1 | Status Conference set for October 21, 2019, at 8:30am. before Judge O'Neill. |
| 2 | The defendant shall be released on Monday, August 12, 2019 at 8:00am, to a |
| 3 | representative of the Teen Challenge, Residential Drug Treatment Program. |

IT IS SO ORDERED.

Dated: **August 6, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE